IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION - IN ADMIRALTY
Case No. 7:13-cv-00190(FL)

| | | |
|---|---|---|
| SPECIALTY BOATWORKS, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| DREDGE FRY, her boats, tackle, apparel, furniture, engines, permits, and appurtenances, etc., | ) ) | |
| *in rem*, | ) | ORDER ON MOTION FOR ENTRY OF |
| and | ) | DEFAULT |
| RANDY KING, JR., | ) | |
| *in personam*, | ) | |
| Defendants | ) | |

NOW COMES THE COURT, Pursuant to Fed. R. Civ. P. 55 and 56 and after considering the uncontradicted verified pleadings of Plaintiff, and the fact that no Defendant or other party has either filed an answer or a statement of interest in the arrested Vessel, orders that Default be entered against Defendants and all others who may have had a right to claim in the instant action.

SO ORDERED.

_____
JULIE A. RICHARDS, CLERK