IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-CV-190-FL

| | | |
|---|---|---|
| SPECIALTY BOATWORKS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DREDGE FRY, her boats, tackle, apparel, furniture, engines, permits, and appurtenances, etc., | ) ) ) | JUDGMENT BY DEFAULT |
| *in rem* | ) | |
| | ) | |
| and | ) | |
| | ) | |
| RANDY KING, JR. | ) | |
| *in personam* | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on plaintiff's motion for default judgment (DE 25). In furtherance of the court's order entered December 13, 2013, plaintiff has informed the record by affidavit reflecting itemized accruals and deductions.

In furtherance of the court's earlier order, and the showing now made, where the vessel was transferred to plaintiff November 15, 2013, the court determines vessel storage fee at the monthly rate of $4,200.00 from January 1, 2012, until November 15, 2013, is just, and calculates that award to be the sum of $94,500.00. That sum, together with the U.S. Marshal Service charge of $1,215.57, plus $1,000.00 in substitute custodian costs, together with the $350.00 filing fee, $25.90 in mailing costs, $791.50 in legal advertising costs, and the $75.00 service fee, which equals $97,957.97, less defendants' credit of $5,750.00 and the amount realized upon sale of $40,000, equals a total due and

owing, jointly and severally by defendants of $52,207.97.

The court also finds liability by default on the part of the individual defendant in the amount of $1,200.00 for skiff damage.

Accordingly, judgment by default shall be entered against defendants, jointly and severally, in the amount of $52,207.97 and against the individual defendant in the additional amount of $1,200.00.

SO ORDERED, this the 19th day of December, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge

2